UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
                                               :
KYLE GUAY,                                     :        CIVIL ACTION NO.:
                                               :        1:20-CV-00736-LM
        Plaintiff,                             :
                                               :
                                               :
v.                                             :
                                               :
                                               :
SIG SAUER, INC.                                :
                                               :
                                               :
        Defendant.                             :
_____

### JOINT STATEMENT REGARDING STATUS OF DISCOVERY

The parties have conducted a substantial amount of discovery to date.  Written discovery has been completed, and the parties have completed an examination - including a CT scan imaging of the weapon in question.  The parties have also obtained Plaintiff's medical records via subpoena.  The plaintiff's deposition has been completed, and the parties are in the process of scheduling the deposition of plaintiff's girlfriend, who was the first person on scene after the incident.  Defendant also intends to depose the responding officers and EMTs, and Plaintiff intends to conduct a Rule 30(b)(6) deposition of Defendant.  The parties anticipate that this remaining fact discovery can be completed by the current October 29, 2021 deadline.

The parties have exchanged their expert reports as required by Fed. R. Civ. P. 26(a)(2).  The parties are in the process of scheduling the depositions of their respective experts.  While the parties are hopeful that these expert depositions can be completed by the current October 29, 2021 deadline,

they respectfully request an additional thirty days – to November 29, 2021 – to complete expert

depositions.  The parties also request that the deadline for the parties to file motions for summary

judgment to be extended to December 15, 2021.

The parties do not believe any additional modifications to the current scheduling order are

needed at this point.  Plaintiff has conferred with Defendant in drafting this report, and the parties are

in agreement regarding the current status.

Respectfully submitted,

Counsel for Plaintiff:

Date:  September 9, 2021          By:      /s/ Jeffrey S. Bagnell
                                          Jeffrey S. Bagnell
                                          Admitted Pro Hac Vice
                                          Federal Bar No. CT18983
                                          Jeffrey S. Bagnell, Esq., LLC
                                          55 Post Road West
                                          Westport, Connecticut 06880
                                          (203) 984-8820
                                          jeff@bagnell-law.com

                                 Counsel for Plaintiff:

Date:  September 9, 2021          By:      /s/ Benjamin T. King
                                          Benjamin T. King, NH Bar #12888
                                          Douglas, Leonard & Garvey, P.C.
                                          14 South Street, Suite 5
                                          Concord, NH 03301
                                          (603) 224-1988
                                          benjamin@nhlawoffice.com

and

Counsel for Defendant:

Date:  September 9, 2021      By:   /s/ B. Keith Gibson
                                     B. Keith Gibson, NY Bar #4176244
                                     Littleton Park Joyce Ughetta & Kelly, LLP
                                     4 Manhattanville Road, Suite 202
                                     Purchase, NY 10577
                                     (914) 417-3400
                                     keith.gibson@littletonpark.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

                                   /s/ Benjamin T. King
                                   Benjamin T. King