UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
******************************
Kyle Guay,                    *
        Plaintiff             *
                              *
v.                            *       Civil Action No. 1:20-cv-00736-LM
                              *
Sig Sauer, Inc.               *
        Defendant             *
******************************
```

## JOINT STATEMENT RE SUITABILITY FOR MEDIATION

NOW COME the parties, by and through counsel, and respectfully submit the within Joint Statement Regarding Suitability of Case for Mediation, stating as follows:

The parties have not yet mediated.  The parties believe that the optimal time for potential mediation would be after the completion of expert discovery.  The parties will advise the Court of their assessment of the suitability of the case for mediation on or before December 15, 2021.

|  |  | Respectfully submitted,<br>KYLE GUAY<br>By his attorneys, |
|---|---|---|
| Date:  September 23, 2021 | By: | /s/ Jeffrey S. Bagnell<br>Jeffrey S. Bagnell, phv, CT Bar #408159<br>Jeffrey S. Bagnell, Esq., LLC<br>55 Greens Farms Road, #200-60<br>Westport, CT 06880<br>(203) 984-8820<br>jeff@bagnell-law.com |
| Date:  September 23, 2021 | By: | /s/ Benjamin T. King, Esq.<br>Benjamin T. King, NH Bar #12888<br>Douglas, Leonard & Garvey, P.C.<br>14 South Street, Suite 5<br>Concord, NH 03301<br>(603) 224-1988<br>benjamin@nhlawoffice.com |

and

1

Date:  September 23, 2021       By:     /s/ B. Keith Gibson
                                        B. Keith Gibson, phv, NY Bar #4176244
                                        Littleton Park Joyce Ughetta & Kelly, LLP
                                        4 Manhattanville Road, Suite 202
                                        Purchase, NY 10577
                                        (914) 417-3400
                                        keith.gibson@littletonpark.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

/s/ Benjamin T. King
Benjamin T. King