**EXHIBIT E**

**Peter Villani**
**41 Maple Street**
**Cresskill, NJ 07626**
**908.413.7271**
**pete.villani@yahoo.com**

## Work History

| | |
|---|---|
| 2001 - Present | **United States Department of Veterans Affairs Police** |
| | **East Orange, NJ** |
| | Operations Officer (Major) |
| | Senior Firearms Instructor/Armorer |
| | Primary Evidence Custodian |
| | |
| 1999 - 2001 | **Rocco Dairy** |
| | **Cresskill, NJ** |
| | Operations Manager: Managed pizza delivery supply |
| | company |
| | |
| 1995 - 1999 | **World Class Shooters/Paterson Rod & Gun** |
| | **Hawthorne, NJ/Paterson, NJ** |
| | Range Manager/Firearms Sales/Instructor |
| | |
| 1988 - 1995 | **Passaic County Sheriff's Department** |
| | **Paterson, NJ** |
| | Sheriff's Officer |
| | |
| 1986 - 1988 | **North Haledon Police Department** |
| | **North Haledon, NJ** |
| | Class 2 Special Police Officer |
| | |
| 1985 - 1988 | **Willowbrook Mall Security Department** |
| | **Wayne, NJ** |
| | Security Supervisor (Sergeant) |
| | |
| 1979 - 1985 | **Paterson Pallet Company** |
| | **Paterson, NJ** |
| | Operations Manager |

# Peter D. Villani
# Firearms Background

| | |
|---|---|
| 1979-PRESENT | International Practical Shooting Confederation (IPSC) shooter: Participated in pistol, rifle and shotgun matches |

1986-2005      NRA Certified Pistol Safety Instructor:
- Conducted pistol safety courses for beginners
- Qualified civilian pistol permit carriers
- Qualified retired Police Officers

1986           Attended Lethal Force Institute, Concorde NH Stress Fire Handgun Course

1986           Attended Lethal Force Institute, Concorde NH Advanced Combat Shotgun Course

1986           Attended Passaic County Police Academy Class Two Special Police Officer Basic Firearms Course

1989           Attended Morris County Police Academy Full Time Police Officer Basic Firearm Course

1995-1999      Employed as a Range Manager/Firearms salesman for World Class Shooters/Paterson Rod and Gun Hawthorne, NJ and Paterson, NJ
- Responsible for employee hiring, scheduling, maintenance of range, civilian pistol instruction and qualification of retired law enforcement officers and civilian carry permit holders.
- Responsible for firearm sales and all related paperwork involving registration records with the NJ State Police
- Responsible for all firearms cleaning of customer firearms
- Responsible for repair of customer firearms.
- Evaluated personal gun collections for consignment sales
- Worked with local prosecutors/attorneys in resale of privately owned firearms during domestic violence cases
- Handled transfer of firearms between customers and out of State transactions.

# Peter D. Villani
# Firearms Background

- Responsible for keeping updated on all firearms laws and regulations
- Awarded Blue Ribbon Award for Shot Business Publication as a target of an undercover shopper

| | |
|---|---|
| 1996-2005 | NRA Certified Range Safety Officer |
| 2002 | Department Firearms Instructor/Armorer certification in Beretta 92. Managed maintenance and repair of the entire Department weapon inventory. |
| 2012 | Simunition Firearms Instructor. I taught Department personnel in tactical awareness and proper use of issued sidearms. |
| 2013 | Sig Sauer 229-239 Instructor/Armorers Course/Beretta 92 Armorers Recertification course. |
| 2016 | AR15/M16 Long gun Instructor course/Armorers Course. Managed maintenance and repair of the entire Departments rifle Inventory and training of Officers in the proper use of the AR15 rifle system. |
| 2019 | AR 15/16 Armorers recertification Course |
| 2019 | Firearms Instructor recertification Course |
| 2019 | Armorers recertification Course Beretta 92, Sig Sauer 239/229 |
| 2020 | Sig Sauer P-320 armorers course certification |

# Peter D. Villani
# Certifications

| | | |
|---|---|---|
| Manchester Regional High School<br>70 Church Street<br>Haledon, NJ | Industrial Arts Program | 1978 |
| Lethal Force Institute | Stress Fire Handgun | 1986 |
| Lethal Force Institute | Advanced Combat Shotgun | 1986 |
| NJ Department of<br>Law & Public Safety<br>Passaic County Police Academy | Class 2 Special Officer | 1987 |
| NJ Department of<br>Law & Public Safety<br>Morris County Police Academy | Basic Course for Police Officers | 1989 |
| NRA | Police Expert | 1989 |
| Dept. Of Veterans Affairs<br>Law Enforcement Training Center<br>2200 Fort Root Rd.<br>North Little Rock Arkansas | Basic Police Officer | 2001 |
| Dept. Of Veterans Affairs<br>Law Enforcement Training | Firearms Instructor | 2002 |
| Beretta | Armorer Training | 2002 |
| VA Employee Education System | Prevention and Management of<br>Disruptive Behavior: Train the Trainer | 2003 |
| IES Interactive Training | Certified Instructor/Operator | 2003 |
| Kustom Signals, Inc. | Doppler Traffic Radar Instructor | 2003 |
| Dept. Of Veterans Affairs | Special Contribution Award (Firearms) | 2005 |
| NRA | Certified Pistol Instructor/Range Safety<br>Officer | 2005 |
| Dept. Of Veterans Affairs | Supervisory Training Program | 2008 |
| Simunition    Certification<br>Picatinny Arsenal, Wharton NJ | Simunition Scenario Instructor/<br>Safety CertificationCourse | 2009 |
| Dept. Of Veterans Affairs | Advanced Patrol Officer Training | 2011 |
| Dept. Of Veterans Affairs | Supervisory Police Officer Training | 2011 |
| Dept. Of Veterans Affairs | Evidence Custodian | 2013 |
| Dept. Of Homeland Security | IED Search Procedures | 2014 |

| | | |
|---|---|---|
| Ridgefield Park Police Dept. | Conducting Complete Traffic Stops | 2014 |
| Dept. Of Veterans Affairs | Advanced Patrol Officer | 2016 |
| Dept. Of Veterans Affairs | Firearms Instructor | 2016 |
| Dept. Of Veterans Affairs | Instructor Development | 2016 |
| Dept. Of Veterans Affairs | Police Long Gun | 2016 |
| Windham Weaponry | AR15/M16 Armorer | 2016 |
| Public Agency Training Council | Leadership Skills for Challenging Times | 2017 |
| Dept. Of Veterans Affairs | LETC Chief's Symposium | 2017 |
| Dept. of Veterans Affairs | Evidence Custodian II | 2018 |
| Dept. Of Veterans Affairs | Firearms Instructor - Recert | 2019 |
| Dept. Of Veterans Affairs | Police Long Gun - Recert | 2019 |
| Windham Weaponry | AR15/M16 Armorer - Recert | 2020 |
| Sig Sauer | Sig Sauer P-320 Armorer training | 2020 |



## Lethal Force Institute

# Certificate of Training

### This is to certify that

PETER VILLANI

### has successfully completed

## STRESSFIRE COMBAT HANDGUN TRAINING

9/21/86

DATE

MASSAD AYOOB, DIRECTOR



# Lethal Force Institute

## Certificate of Training

*This is to certify that*

PETER VILLANI

*has successfully completed*

**ADVANCED COMBAT SHOTGUN**

8/9/86
DATE

MASSAD AYOOB, DIRECTOR

# State of New Jersey

## DEPARTMENT OF LAW AND PUBLIC SAFETY

87-412



### DIVISION OF CRIMINAL JUSTICE

THIS CERTIFICATE IS AWARDED TO

PETER VILLANI

**SPECIAL LAW ENFORCEMENT OFFICER - CLASS #2**

*who has satisfactorily completed a police training course as prescribed by the Police Training Commission.*

**DIRECTOR**

**ATTORNEY GENERAL**

# STATE OF NEW JERSEY
# DEPARTMENT OF HEALTH

*certifies that*

PETER D. VILLANI

*Has successfully completed*
*The Certified Training Program*
*for*

## FIRST RESPONDER/CIM



AUGUST 1987
Date

_____
State Commissioner of Health

P8355

# State of New Jersey

## DEPARTMENT OF LAW AND PUBLIC SAFETY

89-445

# Division of Criminal Justice



THIS CERTIFICATE IS AWARDED TO

PETER D. VILLANI

*who has satisfactorily completed a basic
Police Training Course
as prescribed by the Police Training Commission.*

## BASIC COURSE for POLICE OFFICERS

DIRECTOR

ATTORNEY GENERAL

# STATE OF NEW JERSEY
# DEPARTMENT OF HEALTH

*certifies that*

PETER VILLANI

*Has successfully completed*
*The Certified Training Program*
*for*

## FIRST RESPONDER/CIM



H-3710

MARCH 1989
Date

State Commissioner of Health





# THE NATIONAL RIFLE ASSOCIATION
## OF AMERICA

This is to certify that

**PETER VILLANI**

has satisfactorily completed the approved course

of fire and qualified as

POLICE

## EXPERT

SCORE ___98.6___

Issued this __9th__ day of ___June___ 19 89

National Rifle Association,
Washington, D. C.

_Firearms Instructor_

_Secretary_

# Department of Veterans Affairs

# Law Enforcement Training Center
# Certificate of Training

*is awarded to*

## Peter Villani

*for Satisfactory Completion of the Course*

### Basic Police Officer Training Course
### November 26 – December 21, 2001

*Given at the Department of Veterans Affairs
Law Enforcement Training Center.*

*Inspector for Training Operations*

*Deputy Assistant Secretary
for Security and Law Enforcement*

VA FORM 0006a (598)
MAR 1994

# Department of Veterans Affairs

# Law Enforcement Training Center
# Certificate of Training

*is awarded to*

## Peter Villani

*for Satisfactory Completion of the Course*

**Firearms Instructor Development Course**
**April 8 – April 23, 2002**

*Given at the Department of Veterans Affairs*
*Law Enforcement Training Center.*



*Inspector for Training Operations*

*Deputy Assistant Secretary*
*for Security and Law Enforcement*

VA FORM 0006a (598)
MAR 1994



**BERETTA**

This is to certify that

Peter Villani

has successfully completed the **BERETTA IN-FIELD ARMORER TRAINING ACADEMY**

this _____ 10th _____ day of

April _____, 2002

Course Instructor



*Employee Education System*

# Certificate of Completion

*This is to certify that*

## Peter D. Villani

has completed a course entitled

## Prevention and Management of Disruptive Behavior: Train-the-Trainer

*The continuing education activity has been presented by the VA Employee Education System for 28 contact hour(s).*

This Program was held at Albany, NY on Mar 10-14, 2003

### The Employee Education System
### maintains responsibility for the program.



*Stanley R. Sinclair*
*EES Chief Learning Officer*

Employee Education System   810 Vermont Ave. N.W.   Washington, DC 20422

# *Certificate of Competency*

## As a Doppler Traffic Radar Instructor

The Undersigned Certifies that

PETER VILLANI
_____
NAME

of
the_____ U. S. DEPARTMENT OF VETERAN AFFAIRS _____

has satisfactorily completed a training course in the proper operation of Doppler Traffic Radar and has satisfied all requirements toward becoming A Qualified Radar Instructor.

The above named person is therefore deemed competent to instruct in the use of Doppler Radar.

11/25/03
_____
DATE

_____
INSTRUCTOR



**KUSTOM** SIGNALS, INC.

A SUBSIDIARY OF PUBLIC SAFETY EQUIPMENT, INC.

© GOES 38

# Department of Veterans Affairs

# Special Contribution Award

*Presented to*

## PETER D. VILLANI

*for a unique contribution to the
mission of the Department.*



**KENNETH H. MIZRACH, DIRECTOR**
**VA NJ HEALTH CARE SYSTEM**

**January 14, 2005**

VA FORM 3483b, JUL 1992(R)

Police Officer Peter Villani has distinguished himself as an exemplary police officer and VA employee in several ways, which merit a special incentive award. Officer Villani after observing the process in which the service manages the police equipment inventory system volunteered to review the process and overhaul the system. Officer Villani volunteered numerous hours of his time to create an efficient system, which placed all equipment and supplies in an organized manner and allows for the quick retrieval of supply totals, ensuring that all police officers are equipped with working equipment, his attention to detail in this task has allowed the service to achieve numerous cost savings in the purchase of equipment.

Officer Villani assisted in the complete reorganization of the Evidence property custody area. Officer Villani as the primary evidence custodian has established a program which, processes evidence in a technically correct and efficient manner.

While on routine traffic patrol one afternoon Officer Villani observed that the traffic patterns at the East Orange Campus were not affording the employees of the EO campus the opportunity to depart the campus in a timely manner. Officer Villani took upon himself to create a new traffic plan for egress, which allows for a more organized and timely departure.

Officer Villani has routinely made suggestions for such things as increasing parking spaces in areas, which are currently underutilized, his suggestions have helped ease a large parking space deficit at the East Orange Campus.

In addition to these accomplishments Officer Villani has also contributed to the excellence in training of VA Police Officers with his expertise in the field of firearms and firearms training. Officer Villani serves in the capacity of Firearms Instructor/Armorer for the Police ensuring that all policy requirements under EC-19 are achieved.

Officer Villani's commitment to excellence and devotion to duty reflects great credit upon the VA New Jersey Health Care System and the Police Service.

Villani, P.

The aforementioned employees of the Police in addition to performing their primary duties as VA Police Officers have been designated as Firearms Instructor/Armorer for the VA New Jersey Health Care System. These employees have the unenviable task of ensuring that all firearms training are conducted on a semi-annual basis for all police staff. In addition these individuals must monitor the firearms program requirements on a daily basis.

These include ensuring that all firearms are inspected and cleaned monthly to ensure optimum performance in an emergency situation. Ensuring that the administrative program requirements are met by conducting monthly ammunition inventories of 60,000 rounds of ammunition. The inspection of all sign-in / sign-out records. These individuals must provide basic and advanced firearms related training on a continuing basis they must also travel to the Law Enforcement Training Center to maintain and update their training requirements.

The commitment to excellence and devotion to duty of these officers reflects great credit upon the VA New Jersey Health Care System and the Police Service.





# CERTIFIED INSTRUCTOR / OPERATOR

# Officer Peter Villani
## V.A. Police

Awarded in recognition of technique, ability and knowledge that
have been demonstrated and tested
in a competency based instructor / operator training program
sanctioned by the Training and Certification Section of

## IES Interactive Training

**Awarded in Lyons, New Jersey on November 21st, 2003**

DEMONSTRATED PROFICIENCY IN
THE ABOVE
TRAINING PROGRAMS

Robert McCue
Director of Programs

Todd Brown
Law Enforcement Trainer

# CERTIFICATE OF APPOINTMENT

This certificate is given as recognition of
successfully meeting requirements established by the

## NATIONAL RIFLE ASSOCIATION OF AMERICA

### PETER VILLANI

is authorized to conduct only those training activities as prescribed in appropriate
NRA training programs for the certifications listed below.

CERTIFIED PISTOL INSTRUCTOR
RANGE SAFETY OFFICER

expires

DECEMBER 2005

Edward J. Land, Jr., Secretary

# Department of Veterans Affairs

# Certificate of Training

*This certificate is given to*

# Peter Villani

*for satisfactory completion of the course in*

# Basic Supervisory Training Program

June 9, 2008 – June 13, 2008



VA New Jersey Health Care System
East Orange, New Jersey

VA FORM 3904, DEC 1999



**Training** FOR THE **REAL WORLD** ™

 e recognize

## Peter Villani

has received instructions and has met the requirements for the

### SIMUNITION® SCENARIO INSTRUCTOR

### AND SAFETY CERTIFICATION COURSE

in the use and safe handling of SIMUNITION® FX® marking cartridges, Securiblank® cartridges,

Protective Equipment, weapon conversion kits, CQT® ammunition as well as Scenario-based training

development for application in Law Enforcement and Military Tactical training.

**Location**:    **Picatinny Arsenal Police Department**                    **Picatinny, New Jersey**

Instructor:    _Paul Pruitt_

Class Dates: _August 18-20, 2009_        Expiration Date: _August 20, 2012_

**SIMUNITION**



## Department of Veterans Affairs

## Law Enforcement Training Center

# Certificate of Training

*is awarded to*

## Peter Villani

*for Satisfactory Completion of the Course*

**40 Hour Advanced Patrol Officer Training Course**
**January 3 – January 7, 2011**
*Given at the Department of Veterans Affairs*
*Law Enforcement Training Center.*

*Director, Law Enforcement Training Center*

*Deputy Assistant Secretary*
*for Security and Law Enforcement*

VA FORM 0006a (598)
FEB 2009



# Law Enforcement Training Center
# Certificate of Training

*is awarded to*

## Peter Villani

*for Satisfactory Completion of the Course*

**40 hour Supervisory Police Officer Training Course**
**June 27 – July 1, 2011**

*Given at the Department of Veterans Affairs*
*Law Enforcement Training Center.*

*Director, Law Enforcement Training Center*

*Deputy Assistant Secretary*
*for Security and Law Enforcement*

## Department of Veterans Affairs

## Law Enforcement Training Center

# Certificate of Training

*is awarded to*

## PETER VILLANI

*for Satisfactory Completion of the Course*

**24 Hour Evidence Custodian Course**
**February 5 – February 7, 2013**

*Given at the Department of Veterans Affairs*
*Law Enforcement Training Center.*

*Director, Law Enforcement Training Center*

*Deputy Assistant Secretary*
*for Security and Law Enforcement*

A FLETA ACCREDITED ACADEMY

VA Form 0006a (598)
Feb 2009

# Certificate of Training



Presented to

## Peter Villani

for successful completion of the

## Department of Homeland Security

## IED Search Procedures Workshop (8hrs)

29 Apr 2014

**Michael A. Dailey**
Training Unit Chief, Office for Bombing Prevention



# CERTIFICATE OF COMPLETION

**IS HEREBY AWARDED TO:**

# PETER VILLANI

**FOR COMPLETION OF A 16 HOUR TRAINING CONFERENCE ON**
***CONDUCTING COMPLETE TRAFFIC STOPS***
SPECIFICALLY: ADVANCED TECHNIQUES FOR IDENTIFYING CRIMINAL
ACTIVITY, ROADSIDE INTERVIEWS, IDENTIFICATION OF HIDDEN
COMPARTMENTS, COURTOOM TESTIMONY, AND REPORT WRITING

Instructed by Sheriff Michael A. Lewis

TEANECK, NEW JERSEY
OCTOBER 7-8, 2014

CONFERENCE HOST:
RIDGEFIELD PARK PBA LOCAL 86



THE UNITED STATES OF AMERICA

Department of Veterans Affairs

# LAW ENFORCEMENT TRAINING CENTER

## Peter Villani

## CERTIFICATE OF TRAINING

Advanced Patrol Officer Course - MTT 1603 New York Harbor

For the successful completion of all activities and evaluations

as set forth this date _____ 2/26/2016 _____



Deputy Assistant Secretary
Security and Law Enforcement

Director
Law Enforcement Training Center



# THE UNITED STATES OF AMERICA

Department of Veterans Affairs

# LAW ENFORCEMENT TRAINING CENTER

Peter Villani

# CERTIFICATE OF TRAINING

## Instructor Development Course - 1606

For the successful completion of all activities and evaluations

as set forth this date _____08/05/2016_____



_____
Deputy Assistant Secretary
Security and Law Enforcement

_____
Director
Law Enforcement Training Center



## THE UNITED STATES OF AMERICA

Department of Veterans Affairs

# LAW ENFORCEMENT TRAINING CENTER

Peter Villani

## CERTIFICATE OF TRAINING
Firearms Instructor Course - 1604

For the successful completion of all activities and evaluations

as set forth this date _____05/20/2016_____



_____
Deputy Assistant Secretary
Security and Law Enforcement

_____
Director
Law Enforcement Training Center



## THE UNITED STATES OF AMERICA

Department of Veterans Affairs

# LAW ENFORCEMENT TRAINING CENTER

Peter Villani

## CERTIFICATE OF TRAINING

## VA POLICE LONG GUN - 1703

For the successful completion of all activities and evaluations

as set forth this date _____11/10/2016_____



_____
Deputy Assistant Secretary
Security and Law Enforcement

_____
Director
Law Enforcement Training Center

 

# W.I.S.R. TRAINING CONCEPTS
# AR15 / M16 ARMORER'S COURSE

## This is to Certify that:

## Peter Villani

Has successfully completed a Comprehensive Training Course in the Functional Concepts; Troubleshooting; Repair and Maintenance of the AR15/M16 Platform Rifle and is awarded the Title of AR15/M16 Armorer for a period of 3 years from this Date: <u>October 11/12, 2016</u>.

## This Training was held at Windham Indoor Shooting Range.

 

_____
Instructors:  Nicholas Sampson

_____
William Keith

Windham Indoor Shooting Range & Retail Store • Windham Weaponry, Inc. • 999 Roosevelt Trail • Windham, Maine 04062

# Public Agency Training Council

National Criminal Justice

## CERTIFICATE OF ATTENDANCE

## Peter Villani

**Has completed 20 hours in**

## Leadership Skills For Challenging Times

**Blue Bell, PA**

**4/18/2017** through **4/20/2017**

Instructor

**Stephen Smith**

South Carolina 047
Indiana 35-1639066



**Mark Waterfill**
**President**

"Dedicated to Setting Training Standards"





## THE UNITED STATES OF AMERICA



### Department of Veterans Affairs

# LAW ENFORCEMENT TRAINING CENTER

## Peter Villani

## CERTIFICATE OF ATTENDANCE

### 2017 LETC Chief's Symposium - 24 Hours

For the successful completion of all activities and evaluations

as set forth this date _____ 5/24/2017 _____

_Frederick R. Jackson_

_____

Deputy Assistant Secretary
Security and Law Enforcement



_J. L. Wood_

_____

Director
Law Enforcement Training Center



## THE UNITED STATES OF AMERICA



Department of Veterans Affairs

# LAW ENFORCEMENT TRAINING CENTER

Peter Villani

## CERTIFICATE OF TRAINING

Evidence Custodian Course - 1901

For the successful completion of all activities and evaluations

as set forth this date _____11/16/2018_____



_____
Deputy Assistant Secretary
Security and Law Enforcement

_____
Director
Law Enforcement Training Center



## THE UNITED STATES OF AMERICA

Department of Veterans Affairs

# LAW ENFORCEMENT TRAINING CENTER

Peter Villani

## CERTIFICATE OF TRAINING

Firearms Instructor - Recert Course - 1904

For the successful completion of all activities and evaluations

as set forth this date _____02/15/2019_____



Deputy Assistant Secretary
Security and Law Enforcement

Director
Law Enforcement Training Center

# Section 3: Course Descriptions and Duration

**11017: Incapacitation Drills** ................................................................................. 2.0 Hours

Through lecture, and a practical exercise this course introduces the Firearm Instructor Candidate to concepts and techniques vital to surviving when one of their arms or hand has been incapacitated during a high stress incident.

**11018: Weapon Retention** ................................................................................. 1.0 Hours

Through lecture, class discussion and demonstrations, Firearm Instructor Candidates will gain the basic understanding that they must be aware of the possible loss of their firearm during an arrest, interview, or other form of contact with the public.

**11019: Transition and Intermediate Weapon drills** ............................................. 8.0 Hours

Through lecture and practical exercise, this course introduces Firearm Instructor Candidates to options available in a crisis situation that can help them transition between all control methods appropriately based on the resistance of the suspect.

**11022: VA Sig Sauer Armorers Course** .......................................................... 8.0 Hours

Through lecture, laboratory, and practical exercise, this course introduces Firearm Instructor Candidates to the VA Police Sig Sauer service firearms, and provides complete detailed answers to specific questions concerning the pistol's mechanical functioning, operational procedure, disassembly, assembly, inspection, trouble shooting, and maintenance.

**11022: VA Beretta Armorers Course** .............................................................. 8.0 Hours

Through lecture, laboratory, and practical exercise, this course introduces Firearm Instructor Candidates to the VA Police Beretta service firearm, and provides complete detailed answers to specific questions concerning the pistol's mechanical functioning, operational procedure, disassembly, assembly, inspection, trouble shooting, and maintenance.

**11024: Course Examination** ................................................................................. 1.0 Hours

Questions for the final examination will come from both the lectures and practical exercises. You will need 90% or above to pass this course.

**11023: Graduation** ............................................................................................. 1.0 Hours

In this allotted time, the Firearm Instructor Candidates are presented with their graduation certificate in a semi-formal ceremony.

# Section 4: Course Schedule

## Day of Training 1

| | |
|---|---|
| 0800: | Welcome and Orientation |
| 0900: | Weapons Qualification |
| 1200: | Lunch |
| 1300: | Ethics |
| 1500: | Forms |

## Day of Training 2

| | |
|---|---|
| 0800: | Forms |
| 0900: | Role and Specs Target Analysis |
| 1000: | Operation of the Semi- Auto Pistol |
| 1100: | Lunch |
| 1300: | Fundamentals of Marksmanship |
| 1400: | Weapon Handling Draws / Malfunction Drills |

## Day of Training 3

| | |
|---|---|
| 0800: | Civil Liability |
| 0900: | Use of Force |
| 1200: | Lunch |
| 1300: | Use of Force |
| 1500: | Post Shooting Review |

## Day of Training 4

| | |
|---|---|
| 0800: | Beretta Armorers Course |
| 1200: | Lunch |
| 1300: | Beretta Armorers Course |

## Day of Training 5

| | |
|---|---|
| 0800: | Sig Armorers Course |
| 1100: | Lunch |
| 1300: | Sig Armorers Course |



# THE UNITED STATES OF AMERICA

Department of Veterans Affairs

## LAW ENFORCEMENT TRAINING CENTER

Peter Villani

## CERTIFICATE OF TRAINING

VA Long Gun Instructor - Recert - 1905

For the successful completion of all activities and evaluations

as set forth this date _____ 09/05/2019 _____



_____
Deputy Assistant Secretary
Security and Law Enforcement

_____
Director
Law Enforcement Training Center

# WINDHAM INDOOR SHOOTING RANGE



## W.I.S.R. TRAINING CONCEPTS
## AR15 / M16 ARMORER'S COURSE

**This is to Certify that:**

**PETER VILLANI**

Has successfully completed a Comprehensive Training Course in the Functional Concepts; Troubleshooting; Repair and Maintenance of the AR15/M16 Platform Rifle and is awarded the Title of AR15/M16 Armorer for a period of 3 years from this Date: February 5, 2020.

**This Training was held at Windham Indoor Shooting Range.**







Instructors: Douglas Price

Windham Indoor Shooting Range & Retail Store • Windham Weaponry, Inc. • 999 Roosevelt Trail • Windham, Maine 04062

William Keith



## *Certificate of Achievement*

This is to certify that

# Peter Villani

has successfully completed the course of instruction in

## SIG SAUER P320 Armorer Certification

and is awarded this certificate in recognition thereof.

**Director, SIG SAUER Academy**
Steven Gilcreast

September 1, 2020
Expires September 2, 2023

**Chief Training Officer**
Scott Reidy