JEFFREY S. BAGNELL

JEFFREY S. BAGNELL, ESQ., LLC

55 POST ROAD WEST
WESTPORT, CONNECTICUT 06880
JBAGNELL@BAGNELL-LAW.COM
WWW.BAGNELL-LAW.COM
203-984-8820

*ADMITTED IN CONNECTICUT AND MASSACHUSETTS

July 8, 2022

VIA FEDERAL EXPRESS

Honorable Landya B. McCafferty
Warren B. Rudman United States Courthouse
55 Pleasant Street, #110
Concord, NH 03301

    Re:    Guay v. Sig Sauer, Inc., Case Number: 1:20-cv-00736-LM

Dear Judge McCafferty:

    Enclosed as requested please find a flash drive containing the videos referenced in plaintiff Guay's response to Sig's Motion in Limine No. 2.

Respectfully submitted,

*/s/ Jeffrey S. Bagnell*

Jeffrey S. Bagnell

Cc:    counsel of record (via email)