IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE GUAY,<br><br>        Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>        Defendant. | Civil Action No.: 1:20-CV-00736-LM |

## **DEFENDANT'S FINAL WITNESS LIST**

Defendant Sig Sauer, Inc. ("Sig Sauer" or "Defendant"), submits its Final Witness pursuant this Court's Addendum to Final Pretrial Order [Doc. 067].

### **WITNESSES**

Sig Sauer identifies below those witnesses it will call at trial

1. Sean Toner, Senior Design Engineer/P320 Team Lead, Sig Sauer, Inc., 72 Pease Blvd., Newington, NH 03801; (603) 610-3000.

2. Derek Watkins, Nth-Level, LLC, 219 Enterprise Drive, Elizabethtown, KY 42701; (270) 307-9996.

3. Amelia Newton, Hillsboro Fire Department, 13 Central St., Hillsboro, NH 03244.

4. Sig Sauer reserves the right to reasonably amend or supplement this list prior to trial and, if necessary, for cross-examination and/or rebuttal.

5. Sig Sauer additionally reserves the right to call any witness identified by Plaintiff.

                                          Respectfully submitted,

Dated: July 12, 2022               /s/ B. Keith Gibson
                                          B. Keith Gibson, Esq. (Admitted *Pro Hac Vice*)
                                          Robert L. Joyce, Esq. (Admitted *Pro Hac Vice*)
                                          Kristen E. Dennison, Esq. (Admitted *Pro Hac Vice*)
                                          Littleton Park Joyce Ughetta & Kelly, LLP
                                          The Centre at Purchase
                                          4 Manhattanville Road, Suite 202
                                          Purchase, NY 10577

Tel.: (914) 417-3400

/s/ Mark V. Franco
Mark V. Franco, Esq. (NH Bar No. 16708)
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
Tel.: (207) 772-1941

*Attorneys for Defendant Sig Sauer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

    */s/ Mark V. Franco*
Mark V. Franco, Esq. (NH Bar No. 16708)
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
Tel.: (207) 772-1941