IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KYLE GUAY,<br><br>          Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>          Defendant. | Civil Action No.: 1:20-CV-00736-LM |

**PLAINTIFF'S FINAL WITNESS LIST**

Plaintiff Guay submits his Final Witness pursuant this Court's Addendum to Final Pretrial Order [Doc. 067].

**A.    Witnesseses**

1. Kyle Guay, 23 Spring Street, Hillsboro, New Hampshire 03244

    603 731-5922

2. Jacquelyn O'Leary, 23 Spring Street, Hillsboro, New Hampshire 03244

    603 731-5922

3. Timothy Hicks, Professional Analysis and Consulting, 4951 Indiana Avenue, Ste. 600, Lisle, IL 60532.  331 229 3317

4. Peter Villani, 41 Maple Street, Cresskill, NJ 07626.  908 413 7271

5. Officer William Bannister, Hillsboro Police Department, 22 Municipal Dr, Hillsboro, NH 03244

    (603) 464-5512

6. Sergeant Nicholas Hodgen, Hillsboro Police Department, same.

                                        Respectfully submitted,
                                        KYLE GUAY
                                        By his attorneys,
                                        JEFFREY S. BAGNELL, ESQ., LLC

Date: July 13, 2022        By:    /s/ *Jeffrey S. Bagnell*
                                               Jeffrey S. Bagnell
                                               Federal Bar No. CT18983
                                               Admitted Pro Hac Vice
                                               Jeffrey S. Bagnell, Esq., LLC
                                               55 Post Road West, Suite 200
                                               Westport, Connecticut 06880
                                               (203) 984-8820
                                               jeff@bagnell-law.com

      and

                                  By:    /s/ Benjamin T. King
                                               Benjamin T. King, NH Bar #12888 Douglas, Leonard & Garvey, P.C. 14 South Street, Suite 5
                                               Concord, NH 03301
                                               (603) 224-1988

                                               benjamin@nhlawoffice.com

**<u>CERTIFICATION</u>**

2

I hereby certify that on July 13, 2022 a copy of the foregoing was electronically filed and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail to anyone unable to accept electronic filing through the Court's CM/ECF System.

                                                  /s/ *Jeffrey S. Bagnell*
                                                  Jeffrey S. Bagnell

3

- 7 -