FILED - USDC -NH
2022 JUL 25 PM 6:16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

KYLE GUAY,

    Plaintiff,

v.

SIG SAUER, INC.,

    Defendant.

Civil Action No.: 1:20-CV-00736-LM

## AMENDED PLAINTIFF'S EXHBIT LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Subject P320 Pistol (Serial No. 58A067355) <br><br> 7/19 ID ~~X~~ _____ Agreement ~~X~~ _____ |
| 2 | Receipt for P320 pistol, dated December 17, 2016 <br><br> 7/19 ID ~~X~~ _____ Agreement ~~X~~ _____ |
| 3 | Subject P250 Holster, including all holster pieces <br><br> 7/19 ID ~~X~~ _____ Agreement ~~X~~ _____ |
| 4 | Jeans and belt Plaintiff was wearing at time of subject incident <br><br> 7/19 ID ~~X~~ _____ Agreement ~~X~~ _____ |
| 5 | Hillsboro Fire Department EMS Prehospital Incident Report <br><br> ID _____ Agreement _____ |
| 6 | Police Photos and video from accident scene (attached to Hodgen 1/4/22 email) <br><br> ID _____ Agreement _____ |

| 7 | Exemplar P320 Pistol<br><br>ID _____Agreement _____ |
|---|---|
| 8 | Animation of P320 Cycle High Impact<br><br>~~ID~~ _____Agreement _____ |
| 9 | August 4, 2017 Sig press release regarding P320<br><br>~~ID~~ _____Agreement _____ |
| 10 | August 8, 2017 Sig press release regarding P320<br><br>~~ID~~ _____Agreement _____ |

| EXHIBIT | DESCRIPTION |
|---|---|
| 11 | Sig Video regarding Voluntary Upgrade program for P320 narrated by Sig employee Phil Strader<br><br>ID _____Agreement _____ |
| 12 | Expert Report of Timothy Hicks<br><br>ID _____Agreement _____ |
| 13 | Timothy Hicks CV<br><br>ID _____Agreement _____ |
| 14 | Expert report of Peter Villani<br><br>ID _____Agreement _____ |
| 15 | Villani CV<br><br>ID _____Agreement _____ |
| 16 | Dayton Brown Rough Handling Test Report (SIG-DB 000001-000284)<br><br>ID _____Agreement _____ |
| 17 | September 15, 2017 Sig recall notice re Predator rifles<br><br>ID _____Agreement _____ |

| | | |
|---|---|---|
| 18 | Sig P320 firing mechanism (pre-upgrade) document<br><br>ID _____ Agreement _____ | |
| 19 | Videos of February 2016 Roscommon, Michigan P320 discharge; ~~SEPTA P320 discharge August 2019; Milwaukee January 2021 P320 discharge; August 2021 Saint Clare prison discharge; 2022 Somerville, MA discharge; 2022 Orange CT discharge; 2021 Loredo TX discharge; 2021 Rose Casino discharge video~~<br><br>~~ID~~ ✗ _____ Agreement _____ | |
| 20 | Hillsboro New Hampshire police reports regarding Guay discharge<br><br>~~ID~~ ✗ _____ Agreement _____ | 20(a) ✗<br>7/25  20(b) ✗ |
| 21 | P320 Owner's Manual<br><br>~~ID~~ ✗ _____ Agreement _____ | |
| 22 | Plaintiff's medical records from Concord Hospital (GUAY-MEDS 000001-000024)<br><br>~~ID~~ ✗ _____ Agreement __By Agreement Admitted + Released as Def.'s X__ | |
| 23 | Plaintiff's medical records from Dr. Gregory Thesing (GUAYMEDS 000025-000052)<br><br>~~ID~~ ✗ _____ Agreement _____ | |
| 24 | Plaintiff's medical records from Concord Hospital Rehabilitation Services (GUAY-MEDS 000053-000103)<br><br>ID _____ Agreement _____ | |
| ~~25~~<br>7/19 | Sig VUP document stating that original design P320 is safe in current configuration and does not need to be returned<br><br>~~ID~~ ✗ _____ Agreement ✗ | |
| 26 | Documents/email correspondence regarding the February 2016 unintended discharge in Roscommon, Michigan   Redacted<br><br>~~ID~~ ✗ _____ Agreement _____ | |
| 27 | June 6, 2018 notice re voluntary upgrade program<br><br>ID _____ Agreement _____ | |

4

| | | | |
|---|---|---|---|
| 28 | Wound photos (2.) | | 28 a (~~ID~~) 7/20 |
| | ~~ID~~ _____ Agreement _____ | | 28 b (~~ID~~) 7/19 |
| 29 | All Sig Safety Without Compromise website advertisement and representations | | 29 a (~~ID~~) |
| | ID _____ Agreement _____ | | 29 b (~~ID~~) |

30 (X) Fig./photo Hicks - outside of Guay gun
31 Hicks CAT scan Guay gun photo
32 CAT scan Rear Guay photo
33 Guay scar Face photo

Date: July 11, 2022      By:      /s/ Jeffrey S. Bagnell
                                   Jeffrey S. Bagnell
                                   Federal Bar No. CT18983
                                   Admitted Pro Hac Vice
                                   Jeffrey S. Bagnell, Esq., LLC
                                   55 Post Road West, Suite 200
                                   Westport, Connecticut 06880
                                   (203) 984-8820
                      jeff@bagnell-law.com

and

                         By:      /s/ Benjamin T. King
                                  Benjamin T. King, NH Bar #12888 Douglas, Leonard & Garvey, P.C. 14 South Street, Suite 5
                                  Concord, NH 03301 (603)

                                  224-1988

                                  benjamin@nhlawoffice.com