<u>Kyle Guay v. Sig Sauer, Inc.</u>, Civil No. 20-cv-736-LM

<u>JURY QUESTION # 1</u>

Your honor,

Could the Court send the Court Marshall with the actual Guay gun, unloaded of course, to see how far the gun sits in the holster to see if the trigger is accessible, and how far out it needs to be to have access to the trigger.

Respectfully,

Jurors 1-8


<u>ANSWER TO JURY QUESTION # 1</u>

     As you saw during the trial, the Court would not permit counsel or a witness to handle the Guay pistol without a deputy U.S. Marshal first preparing the pistol and then staying during the entire examination.

     I am not going to permit you to hold and examine the gun for reasons having to do with safety.  It is the Court's policy for safety reasons not to permit a gun into a jury deliberation room.