<u>Kyle Guay v. Sig Sauer, Inc.</u>, Civil No. 20-cv-736-LM

JURY QUESTION # 2

Your Honor,

We are not asking to touch the gun.  The request was to have the Court Marshal to handle the gun.  We are going to be at a very long stalemate without us seeing how it fits in the holster + how far out it has to be to pull the trigger.

Respectfully,

Jurors 1-8

ANSWER TO JURY QUESTION # 2

    I will allow your request to a limited extent.  I will ask a Deputy U.S. Marshal to handle the Guay pistol and place it into the broken Guay holster in front of the jury and in the open courtroom.  The Deputy U.S. Marshal will be permitted to illustrate the Guay pistol going into the broken holster.  The holster will not be on the Deputy U.S. Marshal's belt—but will be held in front of him—to illustrate the Guay pistol going into the broken holster.  Once that is completed you will return to the deliberation room.  You may not ask the Deputy U.S. Marshal any questions.

Question 3

Your Honor,

Thank you. The only way for this to be helpful is to have the gun fully in the holster + pause for several seconds and pause for 30 seconds in front of jury's full view of trigger guard lined up with top edge of holster.

Respectfully, Jurors 1-8

## Answer to Question #3

The illustration will take place in front of the jury. I will ask the Deputy US Marshal — to the extent he is able — to place the Guay pistol all the way inside the broken Guay holster and hold it for the jury to see for 10-15 seconds. After this illustration you will return to the jury deliberation room.