## Question 4

- One of the exhibits viewed was a letter from the army to Srg Snws. Can we have that?

## Answer to Question #4

With the exception of the gun, you have in the jury deliberation room all of the exhibits that were admitted into evidence in this case.