## Answer to Question #3

The illustration will take place in front of the jury. I will ask the Deputy US Marshal — to the extent he is able — to place the Guay pistol all the way inside the broken Guay holster and hold it for the jury to see for 10-15 seconds. After this illustration you will return to the jury deliberation room.

## Question 5

Your Honor,

Thank you for allowing us to view this but after seeing it fully in the holster we feel we will still wonder how far out of holster it is required to pull the trigger. No reply needed.

Thank you,
Respectfully
Jurors 1-8.