ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kyle Guay

  v.            Civil No. 20-cv-736-LM

Sig Sauer, Inc.

VERDICT FORM

I. Liability

You are to answer all five questions in Section I (Question 1 through Question 5) before moving on to Section II.

Question 1: Do you find, by a preponderance of the evidence, that Sig Sauer is liable to Kyle Guay for strict products liability?

Yes _____      No __✓__

Question 2: Do you find, by a preponderance of the evidence, that Sig Sauer is liable to Kyle Guay for breach of an express warranty?

Yes _____      No __✓__

Question 3: Do you find, by a preponderance of the evidence, that Sig Sauer is liable to Kyle Guay for breach of an implied warranty of merchantability?

Yes _____      No __✓__

1

Question 4: Do you find, by a preponderance of the evidence, that Sig Sauer is liable to Kyle Guay for violating the Magnuson-Moss Warranty Act?

Yes _____    No ✓ (circled)

Question 5: Do you find, by a preponderance of the evidence, that Sig Sauer is liable to Kyle Guay for intentional infliction of emotional distress?

Yes _____    No ✓ (circled)

*If you answered "No" to Questions 1, 2, 3, 4 and 5, then your deliberations are complete. Please have the Jury Foreperson sign and date the last page of this Verdict Form and notify the Court Security Officer that you have reached a verdict.*

*If you answered "Yes" to any of Questions 1, 2, 3, 4, or 5, please respond to the questions in Section II about damages.*

## II. Damages

You are to answer Questions 6 and 7 only if you answered "Yes" to Question 1, 2, 3, 4 and/or 5.

Question 6: What amount of compensatory damages do you award to Kyle Guay against Sig Sauer?

_____
(Please enter the amount in words, not numbers, as if you were writing a check.)

2

Question 7: Do you find by a preponderance of the evidence that Kyle Guay is entitled to an award of enhanced compensatory damages?

Yes _____          No _____

*If your answer to Question 7 is "Yes," proceed to Question 8. If your answer to Question 7 is "No," then your deliberations are complete. Please have the Jury Foreperson sign and date the last page of this Verdict Form and notify the Court Security Officer that you have reached a verdict.*

Question 8: What amount of enhanced compensatory damages do you award to Kyle Guay against Sig Sauer?

_____
(Please enter the amount in words, not num[bers])

Date: July 25, 2022

_____
Foreperson

3