```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Kyle Guay

    v.

                                        Case No. 20-cv-736-LM

Sig Sauer, Inc.

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1) The Jury Verdict returned on July 25, 2022 in favor of defendant, Sig Sauer, Inc.; and

2) The Order by Chief Judge Landya B. McCafferty dated September 8, 2022.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: September 9, 2022

cc:  Counsel of Record