Page 55

1  out and then a gentleman in a four-wheel drive came,
2  said he could pull him out.  The officer said, okay.
3  Let me block traffic.  So he got into the car.  He
4  didn't close the door.  You could hear the seatbelt
5  chime go off.
6      Q.   Is this a dash cam?
7      A.   Body cam.
8      Q.   Okay.
9      A.   Body cam.  You could hear the door chime
10 go off.  He pulled the car out.  As he stood up
11 getting out of the car, you could hear the discharge
12 of the pistol.
13          MR. JOYCE:  Just for the record
14 we've asked for a copy of the video.  No one could
15 find it so we're going to have to reach back out to
16 the law enforcement agency to get another copy of
17 it.  We don't have it.  We had it at one point.  I
18 mean Al looked at it.
19     A.   Right.
20          MR. JOYCE:  It was on a thumb drive
21 or something like that.
22     A.   It was CD.
23          MR. JOYCE:  It was a CD.
24     A.   Yes.
25          MR. JOYCE:  All right.