UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| KYLE GUAY, | : | CIVIL ACTION NO.: |
| | : | 1:20CV00736(LM) |
| Plaintiff, | : | |
| v. | : | |
| SIG SAUER, INC. | : | |
| Defendant. | : | OCTOBER 24, 2022 |

## **WITHDRAWAL OF MOTIONS**

Plaintiff withdraws Motions 110 and 111.

                        Respectfully submitted,

                        KYLE GUAY

By:

        /s/ *Jeffrey S. Bagnell*
         Jeffrey S. Bagnell
         Federal Bar No. CT18983
         Admitted Pro Hac Vice
         Jeffrey S. Bagnell, Esq., LLC
        55 Post Road West, Suite 200
        Westport, Connecticut 06880
        (203) 984-8820
        jeff@bagnell-law.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of October 2022, undersigned counsel will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

B. Keith Gibson, Esq.
Keith.gibson@littletonpark.com

Mark V. Franco, Esq.
Mfranco@dwmlaw.com

Counsel for defendant SIG Sauer, Inc.

By:        /s/ *Jeffrey S. Bagnell*
                  Jeffrey S. Bagnell